IN THE ELEVENTH CIRCUIT COURT OF APPEALS
ATLANTA DIVISION

| | |
|---|---|
| JOE BEASLEY,<br>VINCENT FORT,<br>JASON WOODY,<br><br>     Appellants,<br><br>v.<br><br>CITY OF ATLANTA,<br><br>     Appellee. | Case No.:<br><br>12-15141 |

## UNOPPOSED MOTION TO DISMISS

COME NOW Appellants Joe Beasley, Vincent Fort, and Jason Woody and file this motion to dismiss the present appeal with prejudice because the case has been rendered moot. Counsel for the City of Atlanta does not oppose this motion. All parties will bear their own costs.

Respectfully submitted this 6th day of January, 2013.

s/Jeffrey R. Filipovits
Jeffrey R. Filipovits
Georgia Bar No. 825553
*Attorney for Appellants*

FILIPOVITS LAW FIRM, P.C.
2900 Chamblee-Tucker Road
Building 1
Atlanta, Georgia 30341
Phone: 770-455-1350

Beasley, et. al. v. City of Atlanta
No.: 12-15141

Fax: 770-455-1449

Beasley, et. al. v. City of Atlanta
No.: 12-15141

IN THE ELEVENTH CIRCUIT COURT OF APPEALS
ATLANTA DIVISION

| | |
|---|---|
| JOE BEASLEY,<br>VINCENT FORT,<br>JASON WOODY,<br><br>　　　Appellants,<br><br>v.<br><br>CITY OF ATLANTA,<br><br>　　　Appellee. | Case No.:<br><br>12-15141 |

## <u>CERTIFICATE OF INTERESTED PARTIES AND</u><br><u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rules of Appellate Procedure Rule 26.1 and 11th Circuit Rule 26.1-1, Appellants furnish the following list of interested parties:

Bakhtiara, Liliana; *Plaintiff-Appellant*

Batten, Timothy C.; *United States District Judge*

Beasley, Joe; *Plaintiff-Appellant*

Diaz, Joe; *Plaintiff-Appellant*

Filipovits, Jeffrey R.; *Attorney for Plaintiffs-Appellants*

Fort, Vincent; *Plaintiff-Appellant*

Beasley, et. al. v. City of Atlanta
No.: 12-15141

Goldberg, Ralph; *Attorney for Plaintiffs-Appellants*

Hampton, Cathy; *Attorney for Defendant-Appellee*

Occupy Atlanta; *Plaintiff-Appellant*

Reed, Kasim; *Mayor of Defendant-Appellee City of Atlanta*

Sharah, Robin Joy; *Attorney for Defendant-Appellee*

Smith, Melvin; *Plaintiff-Appellant*

Woody, Jason; *Plaintiff-Appellant*

Pursuant to those same rules, Appellants state that there exists no parent corporation or publicly held corporation owns more than 10% of its stock in Occupy Atlanta.

Respectfully submitted this 6th day of January, 2012.

s/Jeffrey R. Filipovits
Jeffrey R. Filipovits
Georgia Bar No. 825553
*Attorney for Appellants*

Beasley, et. al. v. City of Atlanta
No.: 12-15141

IN THE ELEVENTH CIRCUIT COURT OF APPEALS
ATLANTA DIVISION

| | |
|---|---|
| JOE BEASLEY,<br>VINCENT FORT,<br>JASON WOODY,<br><br>    Appellants,<br><br>v.<br><br>CITY OF ATLANTA,<br><br>    Appellee. | Case No.:<br><br>12-15141 |

## CERTIFICATE OF SERVICE

I, the undersigned counsel for the Defendant, in the foregoing matter, hereby certify that I have served a copy of the foregoing **Unopposed Motion to Dismiss** by mailing a copy of the same in the United States Mail with adequate postage thereon to insure delivery addressed to:

Robin Joy Shahar
City of Atlanta Law Department
Suite 4100
68 Mitchell Street, S.W.
Atlanta, GA 30303

This the 6th day of January, 2013.

s/Jeffrey R. Filipovits
Jeffrey R. Filipovits
Georgia Bar No. 825553
*Attorney for Appellants*

FILIPOVITS LAW FIRM, P.C.

5

Beasley, et. al. v. City of Atlanta
No.: 12-15141

2900 Chamblee-Tucker Road
Building 1
Atlanta, Georgia 30341
Phone: 770-455-1350
Fax: 770-455-1449